**Order entered September 10, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00934-CV

### IN RE FIESTA MART, INC., Relator

**Original Proceeding from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-06510-A**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **VACATE** our order of July 23, 2014 staying the deposition of relator's corporate representative. We **ORDER** relator to bear the costs of this original proceeding.


/s/      DAVID LEWIS
         JUSTICE